IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CHARLES ALLEN HANSCOM, | ) | |
| | ) | |
| Petitioner, | ) | Civil Case No. 05-307-AS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GUY HALL, Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

Mark Bennett Weintraub
Assistant Federal Public Defender
131 West Seventh Avenue, Suite 510
Eugene, Oregon  97401

      Attorney for Petitioner

Lynn David Larsen
State of Oregon Department of Justice
Trial Division
1162 Court Street, N.E.
Salem, Oregon  97301-4096

      Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on October 5, 2006  The matter is before this court. <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings <u>de novo</u> review.  <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See</u> also <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#38).  IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED and this case is DISMISSED.

Dated this     30th     day of October, 2006.

      /s/ Garr M. King
Garr M. King
United States District Judge